*VIRGINIA:*

*In the Court of Appeals of Virginia on*   **Tuesday**   *the*  **24th**  *day of*  **April, 2018**.

PUBLISHED

Victoria Elizabeth Dufresne,                                                                                      Appellant,

 against                    Record No. 0281-15-2
                           Circuit Court No. CR14-F-4184

Commonwealth of Virginia,                                                                                    Appellee.


From the Circuit Court of the City of Richmond


In accordance with the mandate of the Supreme Court of Virginia entered on March 22, 2018 and the order of that Court entered on March 1, 2018, the opinion previously rendered by this Court on October 18, 2016 is withdrawn, the mandate entered on that date is vacated, and the judgment of the trial court convicting appellant of grand larceny is affirmed.

This order shall be published and certified to the trial court.

A Copy,

Teste:

Cynthia L. McCoy, Clerk

By:   *original order signed by a deputy clerk of the Court of Appeals of Virginia at the direction of the Court*

Deputy Clerk